**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JAMES C. SCHILKE,**<br><br>**Defendant.** | **PO 26-5099-GF-JTJ**<br><br><br><br>**ORDER** |

Based upon the unopposed motion of the United States, IT IS ORDERED that government witnesses Sophia Radzwich and Courtney Fano may appear via Zoom at the bench trial scheduled for October 29, 2026 at 9:00 a.m. in Great Falls, Montana. The Clerk of Court is directed to provide the Zoom connection information to counsel for the United States.

DATED this 28th day of October, 2026.

John Johnston
United States Magistrate Judge