**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JAMES C. SCHILKE,**<br><br>**Defendant.** | **PO-26-5099-GF-JTJ**<br><br>**VIOLATIONS:**<br>**E2371629,**<br>**E2371510,**<br>**E2371509**<br><br>**ORDER** |

Based upon the United States' motion to dismiss violations E2371629, E2371510 and E2371509 and for good cause shown,

**IT IS ORDERED** that violations E2371629, E2371510 and E2371509 are **DISMISSED**.

DATED this 29th day of October 2026.

John Johnston
United States Magistrate Judge